UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ALEXANDRA INGERSOLL,<br>an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>RLJ III - EM TAMPA DT, LLC,<br>a Delaware Limited Liability Company,<br><br>    Defendant.<br>_____/ | CASE NO.: 8:21-cv-02951-JSM-SPF |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in dispute. The parties are currently finalizing the language of their agreement and obtaining client signatures. The parties anticipate filing a joint stipulation for dismissal within the next twenty (20) days. The parties further request that all deadlines be adjourned while they work to finalize their written agreement.

Dated: May 20, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/Louis I. Mussman*  .<br>Louis I. Mussman, Esq.<br>louis@kumussman.com<br>Florida. Bar No. 597155<br>KU & MUSSMAN P.A.<br>18501 Pines Blvd., Suite 209-A<br>Pembroke Pines, FL 33029<br>Tel: (305) 891-1322<br>Fax: (954) 686-3976<br>*Attorneys for Plaintiff* | */s/ Kevin M. Young*<br>Kevin M. Young, Esq.<br>kyoung@seyfarth.com<br>Florida Bar No. 114151<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309-3958<br>Tel: (404) 885-1500<br><br>*Attorneys for Defendant* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Kevin M. Young
Florida Bar No. 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958

*/s/Louis I. Mussman*
Louis I. Mussman, Esq.